IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL NO.: 3:18cr379-MOC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CONSENT ORDER AND |
| v. | ) | JUDGMENT OF FORFEITURE |
| | ) | PENDING RULE 32.2(c)(2) |
| WINSTON MEDLEY | ) | |

BASED UPON the Defendant's plea of guilty and finding that there is a nexus between the property listed below and the offense(s) to which the Defendant has pled guilty and that the Defendant (or any combination of Defendants in this case) has or had a possessory interest or other legal interest in the property, IT IS HEREBY ORDERED THAT:

1. The following property is forfeited to the United States pursuant to 18 U.S.C. § 1028(b), 18 U.S.C. § 982(a)(2)(B), and 18 U.S.C. § 982(a)(6), provided, however, that forfeiture of specific assets is subject to any and all third party petitions under 21 U.S.C. § 853(n), pending final adjudication herein:

- **One (1) LG hard disk drive, model SP80NB60, serial number 604HMRY002782;**

- **One (1) LG hard disk drive, model AP70NS50, serial number 604HNSJ007374;**

- **One (1) ASUS computer, model Q503U, serial number 0CY19769641E;**

- **One (1) Apple iPhone, model A1634, FCC ID BCG-E2944A;**

- **Three (3) Apple iPhones, model iPhone 7 plus, serial numbers:**

  o **FCJTR16FHG00**
  o **FCCTT1M4HG00**
  o **F2LTRDG1HX9F**

- **One (1) Apple iPhone, model iPhone 7 Plus, no serial number, white in color;**

- **Two (2) Apple iPhones, model iPhone 7 Plus, no serial numbers, gold/white in color;**

- **One (1) Apple iPad, model Air 2, serial number DLXNV4R6GSYM;**

- Two (2) Apple iPads, model AQT80, serial numbers:
    - 35264607065306
    - 35264607214262

- One (1) Apple watch, serial number FH7RV3C9GR79;

- One (1) HTC mobile phone, no model number, serial number FA4BDY406997;

- One (1) Alcatel mobile phone, model A206G, serial number NC683EJE14HGY;

- One (1) Blackberry mobile phone, no model number, serial number 07612127099;

- One (1) LG mobile phone, model LS670, serial number 102KPMZ1102227;

- One (1) Wonder embossing machine, no model or serial number, white in color;

- One (1) wireless camera, no manufacturer name, model RC8025B-V2, serial number 1610ACM002557.

2. The United States Marshals Service, the investigative agency, and/or the agency contractor is authorized to take possession and maintain custody of the above specific asset(s).

3. If and to the extent required by Fed. R. Crim. P. 32.2(b)(6), 21 U.S.C. § 853(n), and/or other applicable law, the United States shall publish notice and provide direct written notice of forfeiture.

4. Any person, other than the Defendant, asserting any legal interest in the property may, within thirty days of the publication of notice or the receipt of notice, whichever is earlier, petition the court for a hearing to adjudicate the validity of the alleged interest.

5. Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of the property, including depositions, interrogatories, and request for production of documents, and to issue subpoenas pursuant to Fed. R. Civ. P. 45.

6. As to any specific assets, following the Court's disposition of all timely petitions, a final order of forfeiture shall be entered. If no third party files a timely petition, this order shall

become the final order of forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2), and the United States shall have clear title to the property, and shall dispose of the property according to law.

The parties stipulate and agree that the aforementioned asset(s) constitute property derived from or traceable to proceeds of Defendant's crime(s) herein or property used in any manner to facilitate the commission of such offense(s) and are therefore subject to forfeiture pursuant to 18 U.S.C. § 1028(b), 18 U.S.C. § 982(a)(2)(B), and 18 U.S.C. § 982(a)(6). The Defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment against Defendant. If the Defendant has previously submitted a claim in response to an administrative forfeiture proceeding regarding any of this property, Defendant hereby withdraws that claim. If Defendant has not previously submitted such a claim, Defendant hereby waives all right to do so. As to any firearms listed above and/or in the charging instrument, Defendant consents to destruction by federal, state, or local law enforcement authorities upon such legal process as they, in their sole discretion deem to legally sufficient, and waives any and all right to further notice of such process or such destruction.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

_____
DALLAS KAPLAN
Assistant United States Attorney

_____
WINSTON MEDLEY
Defendant

_____
SAMUEL JOHN RANDALL, IV
Attorney for Defendant

Signed this the ___3___ day of December, 2018.

_____
UNITED STATES _Magistrate_ JUDGE