UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cr-379-MOC-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) |
| | ) **ORDER** |
| WINSTON MEDLEY, | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court on Defendant's Motion for Compassionate Release/Reduction of Sentence. (Doc. No. 27). Defendant, an inmate at FCI Jesup in Jesup, Georgia, seeks a reduction of his sentence based on the COVID-19 pandemic.

Title 18, Section 3582(c)(1)(A)(i) authorizes criminal defendants to request compassionate release from imprisonment based on "extraordinary and compelling reasons." But before doing so, they must at least ask the Bureau of Prisons to do so on their behalf and give the Bureau thirty days to respond. See United States v. Raia, No. 20-1033, 2020 WL 1647922, at *1 (3d Cir. Apr. 2, 2020). Here, Defendant has attached his compassionate release request that he filed with BOP, but he has not attached the BOP's response. The Court will deny Defendant's motion at this time, without prejudice to Defendant to resubmit the motion once he has received the response from BOP.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Motion for Compassionate Release/Reduction of Sentence, (Doc. No. 27), is **DENIED**, without prejudice to Defendant to refile the motion after he has exhausted his remedies with the BOP.

Signed: June 18, 2020

Max O. Cogburn Jr
United States District Judge