IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.: 3:18-cr-379-MOC-DCK |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| WINSTON MEDLEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Seal" (Document No. 36) filed November 12, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Defendant's medical records, filed as Exhibit A in support of the Government's response in opposition to Defendant's motion to reduce his sentence, contain sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal" (Document No. 36) is **GRANTED**, and Defendant's medical records (Document No. 35) are sealed until further Order of this Court.

**SO ORDERED**.

Signed: November 12, 2020

David C. Keesler
United States Magistrate Judge